**ORIGINAL**

FILED

07 JUN 29 PM 4:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

_____ DEPUTY

1  Steven J. Nataupsky (State Bar No. 155,913)
   snataupsky@kmob.com
2  Boris Zelkind (State Bar No. 214,014)
   boris.zelkind@kmob.com
3  Ali S. Razai (State Bar No. 246922)
   ali.razai@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   550 West C Street, Suite 1200
5  San Diego, CA 92101
   Telephone: (619) 235-8550
6  Facsimile: (619) 235-0176

7  Attorneys for Plaintiff
   I-FLOW CORPORATION
8

9

10            IN THE UNITED STATES DISTRICT COURT

11       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13  I-FLOW CORPORATION, a Delaware         )  Civil Action No. 07 CV 1200 DMS (NLS)
    corporation,                           )
14                                         )
                                           )  COMPLAINT FOR PATENT
15              Plaintiff,                  )  INFRINGEMENT
                                           )
16         v.                              )  DEMAND FOR JURY TRIAL
                                           )
17                                         )
    APEX MEDICAL TECHNOLOGIES, INC., a     )
18  California corporation                 )
                                           )
19                                         )
                Defendant.                 )
20                                         )
                                           )
21

22

23

24

25

26

27

28

Plaintiff I-Flow Corporation ("I-FLOW") hereby complains of Defendant Apex Medical Technologies, Inc. ("Apex" or "Defendant"), and alleges as follows:

## JURISDICTION AND VENUE

1.      This action arises under the Patent Laws of the United States, Title 35 of the United States Code.

2.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

3.      Venue is proper in this Judicial District under 28 U.S.C. §§ 1391 and 1400(b).

## THE PARTIES

4.      Plaintiff I-FLOW is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business in this District at 20202 Windrow Drive, Lake Forest, CA 92630.

5.      I-FLOW is informed and believes, and thereon alleges, that Defendant Apex is a corporation organized and existing under the laws of the State of Illinois, having a place of business at 10064 Mesa Ridge Court, Suite 202, San Diego, CA 92121.

6.      I-FLOW is informed and believes, and thereon alleges, that Defendant Apex conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

## ALLEGATIONS FOR ALL CLAIMS FOR RELIEF

7.      On February 8, 1994, the U.S. Patent and Trademark Office ("PTO") duly and lawfully issued U.S. Patent No. 5,284,481 entitled "Compact Collapsible Infusion Apparatus" (the "'481 patent"). I-FLOW is the owner by assignment of the '481 patent. On September 11, 2006, I-FLOW provided a copy of the '481 patent to Defendant. A copy of the '481 patent is attached hereto as Exhibit A.

8.      Defendant's SOLACE$^{TM}$ Post-Operative Pain Relief Infusion System includes an infusion pump (the "SOLACE$^{TM}$ Infusion Pump") that is covered by the '481 patent.

///

///

///

-1-

Complaint for Patent Infringement

1    9.    I-FLOW is informed and believes, and thereon alleges, that Defendant, through its

2  agents, employees and servants, has infringed I-FLOW'S patent rights through Defendant's

3  making, using, selling, importing and/or offering to sell infusion pumps such as the SOLACE™

4  Infusion Pump.   Furthermore, this infringement has been willful, Defendant having received

5  actual notice of I-FLOW's patent rights.

6                        **FIRST CLAIM FOR RELIEF**

7                  **(Infringement of U.S. Patent No. 5,284,481)**

8    10.    I-FLOW repeats, realleges, and incorporates by reference the allegations set forth

9  in paragraphs 1 through 9 of this Complaint.

10    11.    This is a claim for patent infringement and arises under the Patent Laws of the

11  United States, Title 35 of the United States Code.

12    12.    I-FLOW is informed and believes, and thereon alleges, that Defendant, through its

13  agents, employees and servants, has been and is currently willfully and intentionally infringing

14  the '481 patent by making, using, selling, importing and/or offering to sell infusion pumps, such

15  as the SOLACE™ Infusion Pump, that are covered by at least one claim of the '481 patent.

16  Defendant's acts constitute infringement of the '481 patent in violation of 35 U.S.C. § 271.

17    13.    I-FLOW is informed and believes, and thereon alleges, that Defendant's

18  infringement will continue unless enjoined by this Court.

19    14.    I-FLOW is informed and believes, and thereon alleges, that Defendant has

20  derived and received, and will continue to derive and receive, gains, profits and advantages from

21  the aforesaid acts of infringement in an amount that is not presently known to I-FLOW.   By

22  reason of the aforesaid infringing acts, I-FLOW has been damaged and is entitled to monetary

23  relief in an amount to be determined at trial.

24    15.    Because of the aforesaid infringing acts, I-FLOW has suffered and continues to

25  suffer great and irreparable injury, for which I-FLOW has no adequate remedy at law.

26  ///

27  ///

28  ///

                                -2-

Case 3:07-cv-01200-DMS-NLS   Document 1   Filed 06/29/07   Page 4 of 19

**PRAYER FOR RELIEF**

WHEREFORE, I-FLOW prays for judgment in its favor against Defendant for the following relief:

A.    An Order adjudging Defendant to have willfully infringed the '481 patent under 35 U.S.C. § 271;

B.    An injunction enjoining Defendant, its officers, directors, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendant, from directly or indirectly infringing the '481 patent in violation of 35 U.S.C. § 271;

C.    That Defendant account for all gains, profits, and advantages derived by Defendant's infringement of the '481 patent in violation of 35 U.S.C. § 271, and that Defendant pay to I-FLOW all damages suffered by I-FLOW since at least February 8, 1994;

D.    An Order for a trebling of damages and/or exemplary damages because of Defendant's willful conduct pursuant to 35 U.S.C. § 284;

E.    An Order adjudging that this is an exceptional case;

F.    An award to I-FLOW of the attorneys' fees and costs incurred by I-FLOW in connection with this action pursuant to 35 U.S.C. § 285;

G.    An award of pre-judgment and post-judgment interest and costs of this action against Defendant; and

H.    Such other and further relief as this Court may deem just.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 29, 2007          By: _____
                                   Steven J. Nataupsky
                                   Boris Zelkind
                                   Ali S. Razai

                              Attorneys for Plaintiff
                              I-FLOW CORPORATION

-3-

Complaint for Patent Infringement

1

## DEMAND FOR TRIAL BY JURY

2

I-FLOW CORPORATION hereby demands a trial by jury on all issues so triable.

3

4

KNOBBE, MARTENS, OLSON & BEAR, LLP

5

6

Dated: June 29, 2007

By: _____

7

Steven J. Nataupsky
Boris Zelkind
Ali S. Razai

8

9

Attorneys for Plaintiff
I-FLOW CORPORATION

10

11

IFLOWL.241L
3615387
040407

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

Complaint for Patent Infringement

EXHIBIT A



US005284481A

# United States Patent [19]

Soika et al.

[11] Patent Number: **5,284,481**

[45] Date of Patent: **Feb. 8, 1994**

[54] **COMPACT COLLAPSIBLE INFUSION APPARATUS**

[75] Inventors: **Emil H. Soika,** Poway; **Steven R. Payne,** San Diego, both of Calif.

[73] Assignee: **Block Medical, Inc.,** Carlsbad, Calif.

[21] Appl. No.: **984,899**

[22] Filed: **Dec. 2, 1992**

[51] Int. Cl.$^5$ ............................................. A61M 37/00
[52] U.S. Cl. ..................................... 604/132; 206/438; 206/370; 222/105
[58] Field of Search .............. 604/132, 133, 140, 142, 604/153; 222/105, 106, 107, 103, 95; 206/438, 363, 370, 820, 461, 462, 571; 128/DIG. 12

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,660,339 | 11/1953 | Koob | 222/105 |
| 3,412,906 | 11/1968 | Dinger | 128/DIG. 12 |
| 3,759,375 | 9/1973 | Nappi | 206/370 |
| 4,386,929 | 6/1983 | Peery et al. | 604/132 |
| 4,507,116 | 3/1985 | Leibinsohn | 128/DIG. 12 |
| 4,522,302 | 6/1985 | Paikoff | 206/571 |
| 4,645,079 | 2/1987 | Hill | 206/370 |
| 4,915,693 | 4/1990 | Hessel | 604/132 |
| 4,953,753 | 9/1990 | Gortz | 222/105 |
| 5,080,652 | 1/1992 | Sancoff et al. | 604/132 |
| 5,105,983 | 4/1992 | Sancoff et al. | 222/103 |
| 5,137,175 | 8/1992 | Kowalski et al. | 222/105 |
| 5,178,610 | 1/1993 | Tsujikawa et al. | 128/DIG. 12 |

Primary Examiner—John G. Weiss
Attorney, Agent, or Firm—Baker, Maxham, Jester & Meador

[57] **ABSTRACT**

A liquid infuser apparatus includes an elastic sleeve mounted on an elongated member and within a collapsible spherical housing to enable it to expand naturally to maintain a constant pressure over the infusion period. A rigid open ended housing into which an infuser may be removeably placed provides a reusable protective housing. Multiple infusers are packaged with a rigid housing in a kit.

**28 Claims, 5 Drawing Sheets**







FIG. 3          FIG. 4          FIG. 5



FIG. 7



FIG. 8

FIG. 9

FIG. 10



FIG. 11



FIG. 14

**U.S. Patent**          Feb. 8, 1994          Sheet 5 of 5          **5,284,481**



FIG. 12



FIG. 13

5,284,481

1

# COMPACT COLLAPSIBLE INFUSION APPARATUS

## BACKGROUND OF THE INVENTION

The present invention relates to liquid dispensing apparatus and pertains particularly to an improved infusion apparatus for delivering intravenous drugs at a controlled rate to a patient.

It is often necessary to intravenously supply patients with pharmaceutically active liquids at a controlled rate over a long period of time. It is desirable that this be accomplished while the patient is in an ambulatory state. A few devices have been developed in the past for accomplishing this purpose.

The prior art devices typically comprise an elastic bladder forming a liquid container mounted in an elongated cylindrical housing, and having a flow control valve or device and tubing for supply of the liquid to the patient. These devices are constructed with the cylindrical form in order to provide a compact arrangement. The elastic walls of the bladder are forced to expand along the walls of the cylindrical housing when filled with the liquid, and provide the pressure for expelling the liquid. These prior art devices are typically filled by hand by means of a syringe which often require an inordinate amount of force.

Another drawback to the prior art devices is that the bladder is forced to expand into an unnatural elongated configuration along the housing walls as the container is filled. As a result of this unnatural configuration, the pressure of the bladder and the flow rate of the unit varies widely with the volume of liquid therein. Therefore, they do not have a reasonably stable pressure and flow rate over the infusion period.

Prior U.S. Pat. Nos. 5,080,652, dated Jan. 14, 1992 and 5,105,983, dated Apr. 21, 1992 of common assignment herewith disclose recently developed improved infusion devices. These devices have an inflatable elastic bladder that is allowed or inflate naturally at a substantially uniform pressure. A hard protective housing accommodates natural spherical inflation of the bladder to its rated capacity or volume.

While these improved devices are portable and convenient to use, one objection is that the housing is rigid and space consuming. This increases the cost of packaging, storage and shipment. It also increases the cost of manufacture because the housing must also be sterilized. Therefore, it would be desirable to have a housing that is collapsible and/or reusable.

It is desirable that the housing of an inflatable bladder infuser be compact and inexpensive to manufacture and ship.

Accordingly, it is desirable that an improved infuser apparatus be available.

## SUMMARY AND OBJECTS OF THE INVENTION

It is the primary object of the present invention to provide an improved liquid infuser apparatus.

In accordance with a primary aspect of the present invention, a liquid infuser apparatus comprises an elastic reservoir comprising an elastic sleeve mounted on a substantially cylindrical support member mounted within a spherical chamber of a collapsible housing.

Another aspect of the invention includes a protective rigid outer housing in which the infuser apparatus may

2

be removeably placed either in the filled or unfilled condition.

A further aspect of the invention comprises a kit of a plurality of the infusers packaged with a single reusable protective rigid outer housing in a compact arrangement.

## BRIEF DESCRIPTION OF THE DRAWING

The above and other objects and advantages of the present invention will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a top plan view of a preferred embodiment of the invention;

FIG. 2 is a view taken on line 2—2 of FIG. 1;

FIG. 3 is an enlarged detailed view of a portion of FIG. 2 showing the retaining cap and coupling;

FIG. 4 is an enlarged detailed top view of the check valve assembly of the embodiment of FIG. 1;

FIG. 5 is a section view taken on line 5—5 of FIG. 4;

FIG. 6 is a side elevation view showing a filled infuser in a rigid housing;

FIG. 7 is a top plan view of a kit embodiment of the invention;

FIG. 8 is a section view taken generally on lines 8—8 of FIG. 7;

FIG. 9 is a top plan view of a filling jig for use with the invention;

FIG. 10 is a section view taken generally on lines 10—10 of FIG. 9;

FIG. 11 is a side elevation view of an alternate embodiment of a rigid housing;

FIG. 12 is a side elevation view of a further embodiment of a rigid housing;

FIG. 13 is a perspective view of an alternate shipping package embodiment of the invention; and

FIG. 14 is a top plan view of a combined package and rigid housing embodiment of the invention.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

Referring to the drawings, and particularly to FIGS. 1 and 2, there is illustrated an exemplary embodiment of an infuser pump in accordance with the invention. The infuser pump, designated generally by the numeral 10, is collapsible and comprises an outer collapsible substantially non-stretchable housing or shell 12, protectively mounted over a combined reservoir and support assembly constructed substantially like that set forth in U.S. Pat. Nos. 5,080,652, dated Jan. 14, 1992 and 5,105,983, dated Apr. 21, 1992, both of which are incorporated herein by reference as though fully set forth.

The collapsible housing 12 has a substantially spherical configuration for confining and guiding the inflatable reservoir or bladder into a concentric position around the central support member, and enabling it to expand naturally in a spherical configuration as will be described. The collapsible housing 12, as been seen in FIG. 2, has coaxial openings defined by tubular sleeve extensions 14 and 16 through which the ends of a central support member 18 extends.

An elastic membrane or bladder assembly 20 forming an inflatable reservoir, such as described in the aforementioned patents, is mounted on the cylindrical support member 18. The bladder assembly 20 may be a single sleeve or multiple sleeves, as set forth in the prior patents. This is preferably with an inner sleeve being a

5,284,481

3                                        4

chemically inert sleeve, and the outer sleeve or sleeves being highly elastic.

The central cylindrical support member or mandrel 18 includes circular grooves only one of which, 22 is shown, at the ends thereof into which portions of the sleeve 20 and housing 12 are biased by means of a pair of O-rings, only one of which, 26, is shown. The collapsible housing 12 is preferably a non-stretch blow molded housing of from five to ten mils. in thickness and made of a material such as polyurethane, PVC film, and/or polyethylene and is transparent. This forms a simple inexpensive compact unit with a certain amount of protection for the elastic reservoir.

Certain applications may require a tougher collapsible housing. In such cases, the housing should be transparent, UV stable, flexible and highly resistant to puncturing. The housing would be constructed of a material such as tough composites in a flexible form such as a fabric. Examples of such material are available under the trademark Kevelar.

The ends of the central support member 18 include reduced diameter extension 30 and 32, with bayonette type couplings for releasably coupling cup-shaped caps 34 and 36 which extend over and protectively cover the O-ring connections or clamping of the elastic bladder and collapsible housing to the support member. Referring to FIG. 3, the bayonette connection for member 32 and 36 is illustrated. The member 32 has flat sides 38 for receiving a similarly shaped opening 40 in cap 36, with the cap 36 having inwardly extending flanges forming the flat sides which extend behind shoulders of the extension 32 for retaining the cap in place upon rotation of the cap ninety degrees relative to the member 32. This forms a quick and easy assembly construction for the protective cap.

The support member 18 has an inlet or fill port 42 on one end which communicates with a coaxial passage 44, and a transverse passage 46 in which is mounted a check valve 48. The cross bore 46 communicates with passage 44 and inlet port with the interior of the inflatable bladder or sleeve 20 and thus the interior of the inflatable reservoir. The check valve 48 (FIGS. 4 and 5) is of a generally cylindrical outer shape, with a square bore 50 extending from one end and closed at the other forming a cup-shaped structure. The check valve is constructed of an elastomer, such as silicone, and collapses inward to allow filling and erects to its normal configuration to prevent back flow. The square bore configuration of the bore insures that it returns to its normal configuration and does not remain collapsed.

An outlet port through end 32 communicates with a passage 54 that extends coaxially from the other end of the support member 18, and communicates with a cross bore or port 56 with the interior of the elastic bladder or reservoir 20. A tubing set, including a tube 52 having a filter 58 and a connector 60 at the end, provides a means for connecting and dispensing a fluid to a site, such as a vein of a patient.

The collapsible infuser apparatus of FIGS. 1 and 2 comprises a compact and inexpensive disposable unit. It has a compact configuration, with a collapsed diameter no greater than the outer diameter of the caps 34 and 36. For this reason, it is convenient to package in multiple unit kits as will be subsequently described. In addition, it may be temporarily housed during use in a protective hard shell housing as illustrated in FIG. 6.

Referring to FIG. 6, a simple exemplary protective housing 62, in the illustrated embodiment, having a generally cylindrical configuration with an open top and a diameter, can receive and accommodate the fully expanded or filled reservoir during use. This provides a reusable protective housing that may be provided with a kit of multiple infuser units. The protective housing is preferably formed of a high strength material such as polycarbonate. The filled infuser may be placed in the protective housing 62 and placed in a carrying pouch, thereby providing protection against accidental undue pressure or accidental puncturing of the reservoir bladder. The inflatable bladder or reservoir is very susceptible to puncturing when in the inflated condition. For this reason, it is desirable that it be within a puncture resistive housing when inflated. The housing 62 may have other configurations and may have a removable cover if desired (see FIGS. 11 and 12).

Referring to FIGS. 7 and 8, a kit of multiple infusers, in accordance with the invention, is packaged as a kit for convenient use for a seven day period, for example. As illustrated in FIGS. 7 and 8, the kit comprises a generally rectangular opened top box or container 64 of a very thin, substantially rigid plastic material having a peripheral flange 66 for attachment of a suitable cover. The container forms a chamber in which is placed a styrofoam support block 68 having a plurality of bores 70 spaced around the periphery thereof for receiving the inlet end and cap portion of a plurality of the infusers 10.

A cylindrical bore 72 in the center of the block 68 receives the cylindrical housing 62 in an upright position. Positioned within the housing 62 is a circular or cylindrical styrofoam block 74 having three bores 76 similar to the bore 70 for receiving the filler ends of three infusers 10. This provides a kit of seven infuser units providing a week's supply.

These kits are easily packaged at a factory and shipped to a hospital or to a pharmacist who removes and fills the infusers and supplies them along with a reusable housing 68 to a patient for home use. The patient then uses each of the infusers in consecutive order and disposes of them when used. This provides a compact convenient package. The package has a typical size of approximately 4 ⅛ inches high and 3⅞ inches on a side. This takes up slightly more than the space of a single unit of the prior design having a hard shell. For example, a one-hundred milliliter hard shell unit is about 4 inches in length and about 2½ to 3 inches in diameter. Thus, a package of seven of the present units takes about sixteen cubic inches of space versus about twelve cubic inches for one of the prior units.

Referring to FIGS. 9 and 10, a convenient filling rack for an infuser of the present design is illustrated, designated generally by the numeral 78. The rack is molded of a suitable plastic material and is formed within the illustrated embodiment with 7 (or any other suitable number) identical holder positions. Each holder position has a central cavity 82 for receiving and enabling expansion of the bladder, an upper recess 84 for receiving a filler end cap 34, and a lower recess 86 for receiving a cap 36. The panel 80 has a forward leg 88, with a foot 90 to hold the support panel in an included position for ease of use. The pharmacist may simply load the rack with a plurality of infusers and either fill them in sequence or simultaneously as desired.

Referring now to FIG. 11, an alternate embodiment of an outer housing or shell is illustrated and designated generally by the numeral 92. This outer housing has a somewhat spherical configuration with outer spherical

5,284,481

walls 94 and a lower end which may have an opening 96 for exposing an inlet or fill port 42 for filling. A removable cap 98 provides a closure for an opening 100 in the top of the housing. The cap includes a central opening 102 for extension of a tubing set 58. The cap 98 may be attached in any suitable manner such as friction fit, bayonette type coupling, threads or the like to the housing.

The opening 100 in the upper end of the housing walls may be sufficiently large to enable a filled infuser unit, as disclosed in FIGS. 1 and 2, to be inserted into the housing. This provides a reusable housing which may also include a cap or closure for protectively closing the unit. In addition, this provides a housing in which the unit without a protective collapsible housing may also be enclosed or housed for filling. In other words, with this unit the collapsible housing 12 of the FIGS. 1 and 2 unit may be eliminated. This provides an alternate compact arrangement wherein multiple compact units may be packaged with a single protective outer housing, and provided to a pharmacist for filling and supplying to patients.

Referring to FIG. 12, an openable spherical shell embodiment of a protective housing is illustrated and designated generally at 100. The housing is constructed of two identical half-shells 102 connected together by a hinge pin 114. Thus, a filled or unfilled infuser may be placed in the reusable protective housing. The shells each have an opening 116 and 118 at each end with an inwardly spaced wall 120 and 122, each having an opening 124 and 126. The end caps 34 and 36 of an infuser are received in the openings 116 and 118, and the central support member 18 is received in the openings 124 and 126. The ends of the infuser unit are thereby exposed for access. The hinge axis extends along a line parallel to an axis defined by the openings in the shell.

Referring to FIG. 13, an alternate embodiment of a packaging system for multiple infusers is illustrated and designated generally by the numeral 128. A base container sheet 130 has a plurality of cavities 132 formed therein for receiving infuser units 10. A cover sheet 134 covers the base sheet and cavities to protectively seal the infuser units in the cavities. The base sheet may be either flexible or somewhat rigid. The base sheet and cover sheet have perforations 136 separating the cavities 132. This enables selective separation of single units from the overall package. Alternatively, the entire cover sheet can be peeled away to provide common access to a plurality of the infuser units.

Referring to FIG. 14, an alternate embodiment of combined packaging and protective housing is illustrated. This package, designated generally by the numeral 104, comprises opposed thin plastic sheets, only one of which 106 is shown, forming mirror images of one another. These opposed sheets have semi-spherical recesses or cavities forming a generally spherical chamber in which a dispensing unit 10, substantially as described in FIGS. 1 and 2, is encapsulated, with an opening or bore 108 through which a filler port or cap 42 extends. The package also provides an opening 110 at the other end for extension of a tubing set 58. The entire package can contain any selected number of units which may be shipped to a pharmacist. The pharmacist may take the package and select and separate an appropriate number of the infusers, fill them and supply them to a patient. The infuser units may be separated along a perforated line 112 of the package such that an individual infuser may be separated from the remainder.

Thus, the unit of FIG. 1 can be effectively packaged in simple and inexpensive packaging for supplying to pharmacists. This form of packaging can also be used without the collapsible housing, such that the unit contains only the inflatable reservoir, and the packaging forms a protective non-collapsible housing. Similarly, the units without the collapsible housing can be used with any of the rigid housings discussed herein.

While we have illustrated and described our invention by means of specific embodiments, it is to be understood that numerous changes and modifications may be made therein without departing from the spirit and scope of the invention as defined in the appended claims.

We claim:

1. A compact portable apparatus for dispensing a liquid under pressure at a substantially constant flow rate over a period of time comprising:

an elongated generally cylindrical support member;

elongated elastic sleeve means mounted and sealingly secured at fixed spaced longitudinal positions on said support member for defining a substantially zero non-pressurized volume pressure reservoir for holding a liquid in a pressurized state for dispensing therefrom;

housing means comprising collapsible non-stretchable housing means for containing said support member and said pressure reservoir for enabling said pressure reservoir to expand naturally and for confining said reservoir to fill concentrically about said support member;

inlet means for introducing a liquid into said elastic pressure reservoir; and

outlet means for dispensing liquid from said pressure reservoir to a selected site.

2. An apparatus for dispensing a liquid under pressure according to claim 1 wherein said collapsible non-stretchable housing means comprises a substantially spherical housing.

3. An apparatus for dispensing a liquid under pressure according to claim 2 wherein said housing means further comprises a generally cylindrical substantially rigid housing having an open end for receiving said support member.

4. An apparatus for dispensing a liquid under pressure according to claim 2 wherein:

said support member is an elongated generally cylindrical mandrel mounted in said housing means and having opposite ends exposed to the exterior of said housing means, said inlet means comprises an inlet port in one end of said mandrel, and said outlet means comprises an outlet port in the other end of said mandrel; and

said housing means is clamped at opposite ends thereof with said elastic sleeve means around opposite ends of said mandrel by an elastic ring.

5. An apparatus for dispensing a liquid under pressure according to claim 1 wherein:

said collapsible non-stretchable housing means is substantially spherical having openings formed in opposite ends thereof by co-extending tubular sleeves; and

said housing means is commonly clamped at opposite ends thereof with said elastic sleeve means around opposite ends of said support member by means of an O-ring extending around said tubular sleeves.

6. An apparatus for dispensing a liquid under pressure according to claim 5 wherein said said O-rings are each

5,284,481

7

covered by a cup shaped cap removeably attached to the ends of said support member.

**7.** An apparatus for dispensing a liquid under pressure according to claim 6 wherein said housing means further comprises a generally cylindrical substantially rigid housing having an open end for receiving said support member coaxially therein.

**8.** An apparatus for dispensing liquid under pressure according to claim 6 wherein said housing means comprises a substantially spherical rigid housing formed of like half-shells hinged together for removably receiving said support member and elastic sleeve.

**9.** An apparatus for dispensing liquid under pressure according to claim 8 wherein said housing has openings forming stepped recesses for receiving said caps.

**10.** An apparatus for dispensing a liquid under pressure according to claim 1 wherein:

said housing means comprises a flexible non-stretchable shell having a substantially spherical central chamber with openings formed in opposite ends thereof by co-extending tubular sleeves; and

said housing means is secured at opposite ends thereof with said elastic sleeve means around opposite ends of said support member by means of an O-ring extending around said tubular sleeves.

**11.** An apparatus for dispensing a liquid under pressure according to claim 10 wherein said O-rings are each covered by a cup shaped cap removeably attached to the ends of said support member.

**12.** An apparatus for dispensing a liquid under pressure according to claim 1 wherein said housing means comprises a substantially rigid housing having an opening in one end for receiving said support member coaxially therein.

**13.** An apparatus for dispensing a liquid under pressure according to claim 12 wherein said rigid housing has a substantially spherical configuration with a removable closure for enabling receipt of said pressure reservoir in a filled condition.

**14.** An apparatus for dispensing liquid under pressure according to claim 1 wherein said housing means comprises a substantially spherical rigid housing formed of like half-shells hinged together.

**15.** A compact collapsible infusion apparatus for dispensing a liquid under pressure at a predetermined substantially constant flow rate over a period of time comprising:

an elongated generally cylindrical support member having inlet means including an inlet port in one end of said member, and outlet means including an outlet port in the other end of said member;

elongated elastic sleeve means mounted in non-stretched surface contact and sealingly secured at fixed spaced longitudinal positions on said support member for defining a substantially zero non-pressurized volume pressure reservoir for holding a liquid in a pressurized state for dispensing therefrom;

first housing means including a collapsible shell enclosing said support member and said pressure reservoir, said housing having a size and shape for enabling said pressure reservoir to expand naturally and for confining said reservoir to fill concentrically about said support member;

inlet means in one end of said support member for introducing a liquid into said elastic pressure reservoir; and

8

outlet means in the other end of said support member for dispensing liquid from said pressure reservoir to a selected site.

**16.** An apparatus for dispensing a liquid under pressure according to claim 15 wherein:

said housing means comprises a flexible non-stretchable shell having a substantially spherical central chamber with openings formed in opposite ends thereof by co-extending tubular sleeves; and

said housing means is secured at opposite ends thereof with said elastic sleeve means around opposite ends of said support member by means of an O-ring extending around said tubular sleeves.

**17.** An apparatus for dispensing a liquid under pressure according to claim 16 wherein said housing means further comprises a generally cylindrical substantially rigid housing having an open end for receiving said support member coaxially therein.

**18.** Apparatus for dispensing a liquid under pressure according to claim 16 further comprising a cup shaped cap removeably attached to each end of said support member for protectively covering said O-rings.

**19.** An apparatus for dispensing a liquid under pressure according to claim 18 wherein said housing means comprises a substantially rigid housing having an opening in one end for receiving said support member coaxially therein.

**20.** An apparatus for dispensing liquid under pressure according to claim 16 wherein said housing means further comprises a pair of substantially semi-spherical pivotably connected half-shells forming a substantially spherical rigid housing.

**21.** An apparatus for dispensing liquid under pressure according to claim 20 wherein said housing has openings forming stepped recesses for receiving said caps.

**22.** An apparatus for dispensing liquid under pressure according to claim 20 wherein said housing has openings forming stepped recesses for receiving said caps.

**23.** A medical infusion kit having multiple apparatus for dispensing multiple dosages of a liquid under pressure at a substantially constant flow rate over a period of time comprising:

a plurality of substantially identical collapsible infusion devices, each having a collapsible housing having a chamber for containing a pressure reservoir, an elongated generally cylindrical support member disposed in and extending through said chamber, an expansible elastic pressure reservoir mounted on said support member in said chamber for holding said liquid under pressure during dispensing thereof, said elastic pressure reservoir comprises an elastic sleeve snugly mounted over said support member in said chamber for defining a pressure reservoir for holding a liquid in a pressurized state for dispensing therefrom, inlet means in one end of said support member for introducing a liquid into said elastic sleeve;

a substantially rigid housing having an open end for removeably receiving said infusion devices coaxially therein in a filled condition; and

outlet means in the other end of said support member for conveying a liquid from said pressure reservoir to a selected site.

**24.** An infusion kit according to claim 23 wherein said collapsible housing comprises a flexible non-stretchable shell having a substantially spherical central chamber with openings formed in opposite ends thereof by co-extending tubular sleeves; and

5,284,481

**9**

said shell is secured at opposite ends thereof with said elastic sleeve around opposite ends of said support member by means of an O-ring extending around said tubular sleeves.

**25.** An infusion kit according to claim **24** further comprising a cup shaped cap removeably attached to each end of said support member for protectively covering said O-rings.

**26.** An infusion kit according to claim **25** wherein wherein said plurality of infusion devices are from five to seven in number.

**27.** A compact portable dispensing apparatus for dispensing a liquid under pressure at a substantially constant flow rate over a period of time comprising:

an elongated substantially cylindrical support member;

elongated elastic sleeve means mounted on and sealingly secured at fixed spaced longitudinal positions on said support member for defining a pressure reservoir for holding a liquid in a pressurized state for dispensing therefrom;

**10**

housing means comprising a substantially spherical rigid housing formed of like half-shells hinged together for removeably containing said support member and said pressure reservoir for enabling said pressure reservoir to expand naturally and for confining said reservoir to fill concentrically about said support member;

inlet means for introducing a liquid into said elastic pressure reservoir; and

outlet means for dispensing liquid from said pressure reservoir to a selected site.

**28.** An apparatus for dispensing a liquid under pressure according to claim **27** wherein:

said housing means comprises a flexible non-stretchable shell having a substantially spherical central chamber with openings formed in opposite ends thereof by co-extending tubular sleeves; and

said housing means is secured at opposite ends thereof with said elastic sleeve means around opposite ends of said support member by means of an O-ring extending around said tubular sleeves.

*   *   *   *   *

JS44
(Rev. 07/89)

**ORIGINAL**

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

*FILED*

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| I-Flow Corporation, a Delaware Corporation | Apex Medical Technologies, Inc., a California corporation |

*07 JUN 28 PM 4: 45*

*CLERK U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*

| (b) COUNTY OF RESIDENCE OF FIRST LISTED *ORANGE* PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *SAN DIEGO* (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Steven Nataupsky, Boris Zelkind and Ali Razai Knobbe, Martens, Olson & Bear LLP 550 West C Street, Suite 1200 San Diego, CA 92101 (619) 235-8550 | Unknown |

**'07 CV 1200 DMS (NLS)**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

The Complaint for patent infringement arises out of the patent laws of the United States Codes, specifically Title 35, Section 271(a)-(c) and 281.

*U.S.C. 35 § 271 (a)-(c) ; U.S.C. 35 § 281*

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 110 Insurance | | | ☐ 610 Agriculture | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: |
|---|---|---|---|
| | | | JURY DEMAND: ☒ YES ☐ NO |

## VIII. RELATED CASE(S) IF ANY (See Instructions):

JUDGE _____ Docket Number _____

DATE **June 29, 2007** SIGNATURE OF ATTORNEY OF RECORD

*6/29/07 M 139890 $350.*

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

ORIGINAL

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 139890      — SR

June 29, 2007
17:03:51

Civ Fil Non-Pris
USAO #.: 07CV1200 CIV. FIL
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: 8C#61288

Total-> $350.00

FROM: I-FLOW, ET AL V. APEX
CIVIL FILING