Steven J. Nataupsky (State Bar No. 155,913)
snataupsky@kmob.com
Michael K, Friedland (State Bar No. 157,217)
mfriedland@kmob.com
Boris Zelkind (State Bar No. 214,014)
boris.zelkind@kmob.com
Ali S. Razai (State Bar No. 246,922)
ali.razai@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 235-8550
Facsimile:  (619) 235-0176

Attorneys for Plaintiff and Counter-Defendant
I-FLOW CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-FLOW CORPORATION, a Delaware corporation, | Case No. 07-cv-1200 DMS (NLS) |
| Plaintiff/Counter-Defendant. | **NOTICE OF APPEARANCE OF MICHAEL K. FRIEDLAND** |
| v. | |
| APEX MEDICAL TECHNOLOGIES, INC., a California corporation, MARK MCGLOTHLIN, an Individual, | Honorable Dana M. Sabraw |
| Defendants/Counter-Claimants. | |
| I-FLOW CORPORATION, a Delaware corporation, | |
| Plaintiff/Counter-Defendant | |
| v. | |
| ZONE MEDICAL LLC, a California limited liability company, | |
| Defendant/Counter-Claimant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Michael K. Friedland, of Knobbe, Martens, Olson & Bear, LLP hereby enters his appearance as additional counsel of record for Plaintiff I-Flow Corporation, in the above-reference action.  For purposes of receipt of Notices of Electronic Filing, the email addresses for Michael K. Friedland are as follows:

   mfriedland@kmob.com       litigation@kmob.com

   Respectfully submitted,

   KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  September 28, 2009     By:  *s/Michael K. Friedland*
   Steven J. Nataupsky
   Michael K. Friedland
   Boris Zelkind
   Ali S. Razai

   Attorneys for Plaintiff and Counter-Defendant
   I-FLOW CORPORATION

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2009, I caused the **NOTICE OF APPEARANCE OF MICHAEL K. FRIEDLAND** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Robert C. Matz
THE LAW OFFICE OF ROBERT C. MATZ, LLP
rcmatz@rcmatzlaw.com

Norbert Stahl, Esq.
STAHL LAW FIRM
nstahl@patentlawservice.com

Trevor Q. Coddington, Ph.D., Esq.
SAN DIEGO IP LAW GROUP, LLP
trevorcoddington@sandiegoiplaw.com

James V. Fazio, III
SAN DIEGO IP LAW GROUP, LLP
jamesfazio@sandiegoiplaw.com

Douglas Olson
SAN DIEGO IP LAW GROUP, LLP
dougolson@sandiegoiplaw.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on September 28, 2009, at San Diego, California.

*/s/ Claire A. Stoneman*
Claire A. Stoneman

IFLOWL.241L/IFLOWL.261L
7863863
092509