FILED

09 OCT 20 PM 2:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-FLOW CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>APEX MEDICAL TECHNOLOGIES, INC., a California corporation,<br><br>    Defendant.<br><br>I-FLOW CORPORATION, a Delaware corporation,<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>ZONE MEDICAL LLC, a California limited liability company,<br><br>    Defendant/Counter-Claimant. | Case No. 07-cv-1200 DMS (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' *EX PARTE* MOTION TO STRIKE PLAINTIFF'S OBJECTION TO REBECCA HESS' TRIAL TESTIMONY; REQUEST REEXAMINATION OF DON EARHART AND ROGER MASSENGALE; ENTER JURY INSTRUCTIONS; AND ISSUE SANCTIONS AGAINST PLAINTIFF**<br><br>Honorable Dana M. Sabraw |

-1-

Case No. 07cv01200

1  The Court, having considered Plaintiff and Counter-Defendant I-Flow Corporation's ("I-Flow") *Ex Parte* Application to File Documents Under Seal in Support of I-Flow's Opposition to Defendants' *Ex Parte* Motion to Strike Plaintiff's Objection to Rebecca Hess's Trial Testimony; Request Reexamination of Don Earhart and Roger Massengale; Enter Jury Instructions; and Issue Sanctions Against Plaintiff.

The following documents shall be filed under seal:

1) Exhibits E and F to the Declaration of Boris Zelkind Submitted in Support of I-Flow's Opposition to Defendants' *Ex Parte* Motion to Strike Plaintiff's Objection to Rebecca Hess's Trial Testimony; Request Reexamination of Don Earhart and Roger Massengale; Enter Jury Instructions; and Issue Sanctions Against Plaintiff.

IT IS SO ORDERED.

Dated: 10-20-09        By: _____
                            UNITED STATES DISTRICT JUDGE

IFLOWL.241L
7975571
101909