1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

| I-FLOW CORPORATION, a Delaware corporation, | CASE NO. 07cv1200 DMS (NLS) |
|---|---|
| Plaintiff, | **ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE** |
| vs. | |
| APEX MEDICAL TECHNOLOGIES, INC., a California corporation, et al., | |
| Defendants. | |
| AND ALL RELATED COUNTERCLAIMS. | |

19
20        This case has been tried to verdict, and is awaiting entry of judgment.  Prior to entry of

21  judgment, the Court must make certain determinations about damages for willful infringement,

22  inequitable conduct and intervening rights, among other issues.  To assist the Court in making these

23  determinations, the following briefing schedule shall apply:

24  1.        The parties' opening briefs on these issues shall be filed on or before **November 13, 2009**.

25  2.        Responsive briefs shall be filed on or before **November 20, 2009**.

26  3.        The matters will be heard on **December 3, 2009**, at **1:30 p.m.**

27  / / /

28  / / /

1    4.       The parties are hereby ordered to a settlement conference before either Magistrate Judge

2    Stormes or a private mediator, if the parties so stipulate, to occur within two weeks of the filing of this

3    Order.

4            **IT IS SO ORDERED**.

5    DATED:  November 4, 2009

6                                                          _____

7                                                          HON. DANA M. SABRAW
                                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28