

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-FLOW CORPORATION, a Delaware corporation,<br><br>        Plaintiff/Counter-Defendant,<br>  vs.<br><br>APEX MEDICAL TECHNOLOGIES, INC., a California corporation, MARK MCGLOTHLIN, an individual,<br><br>        Defendants/Counter-Claimants.<br>―――――――――――――――――――<br>I-FLOW CORPORATION, a Delaware corporation,<br>        Plaintiff/Counter-Defendant,<br>  vs.<br>ZONE MEDICAL LLC, a California limited liability company,<br><br>        Defendant/Counter Claimant. | CASE NO. 07cv1200 DMS (NLS)<br><br>**PUNITIVE DAMAGES JURY VERDICT FORM** |

## I. TRADE SECRET MISAPPROPRIATION

Q.1 What amount of punitive damages, if any, should Apex pay I-Flow for willfully and maliciously misappropriating I-Flow's trade secret(s)?

$ 0

Q.2 What amount of punitive damages, if any, should McGlothlin pay I-Flow for willfully and maliciously misappropriating I-Flow's trade secret(s)?

$ 500,000

## II. BREACH OF CONFIDENCE

Q.3 What amount of punitive damages, if any, should Apex pay I-Flow for willfully and maliciously breaching I-Flow's confidence?

$ 0

Q.4 What amount of punitive damages, if any, should McGlothlin pay I-Flow for willfully and maliciously breaching I-Flow's confidence?

$ ~~500~~ 500,000

## III. UNFAIR COMPETITION

Q.5 What amount of punitive damages, if any, should Apex pay I-Flow for willfully and maliciously competing unfairly with I-Flow?

$ 0

Q.6 What amount of punitive damages, if any, should McGlothlin pay I-Flow for willfully and maliciously competing unfairly with I-Flow?

$ 500,000

## IV. TOTAL AMOUNT PUNITIVE DAMAGES AWARD

Q.7 What is the total amount of punitive damages, if any, Apex should pay I-Flow?

$ 0

Q.8 What is the total amount of punitive damages, if any, McGlothlin should pay I-Flow?

$ 1,500,000

DATED: 11/3/09

[signature]
FOREPERSON