# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-FLOW CORPORATION, a Delaware corporation,<br><br>                         Plaintiff,<br>   vs.<br><br>APEX MEDICAL TECHNOLOGIES, INC., a California corporation, et al.,<br><br>                        Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS. | CASE NO. 07cv1200 DMS (NLS)<br><br>**ORDER AMENDING BRIEFING SCHEDULE**<br><br>[Doc. 444] |

     A post-trial hearing in this matter is currently scheduled for December 3, 2009. Defendants request additional time of one week, or alternatively, three days, to file opening and responsive briefs. The Court grants an additional three days to file briefs and amends the briefing schedule as follows:

1.    The parties' opening briefs shall be filed on or before **November 18, 2009**.

2.    Responsive briefs shall be filed on or before **November 25, 2009**.

3.    The matters will be heard on **December 3, 2009**, at **1:30 p.m.**

     **IT IS SO ORDERED**.

/ / /

/ / /

DATED: November 12, 2009

_____
HON. DANA M. SABRAW
United States District Judge